JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari.

No. 91–707. LENNES, COMMISSIONER, DEPARTMENT OF LABOR AND INDUSTRY OF MINNESOTA, ET AL. *v.* BOISE CASCADE CORP. ET AL. C. A. 8th Cir. Motion of Mechanical Contractors Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–1586. SUPER VALU STORES, INC. *v.* IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 91–1607. KAISER STEEL RESOURCES, INC., FKA KAISER STEEL CORP. *v.* PEARL BREWING CO. ET AL. C. A. 10th Cir. Motion of Credit Managers Association of California for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–1732. MICHIGAN *v.* SAMMONS; and MICHIGAN *v.* STONE. Ct. App. Mich. Motions of respondents Martin Howard Sammons and Alan Michael Stone for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1754. ILLINOIS *v.* FREEMAN. App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1780. COLORADO *v.* GASKINS. Ct. App. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1792. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* ADAMSON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–8131. JONES *v.* GUNTER, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Motion of petitioner to defer consideration of petition for certiorari denied. Certiorari denied.